# EXHIBIT A

*Anthropic Zero Data Retention Certificate (July 15, 2024)*

**ANTHROPIC ZERO DATA RETENTION CERTIFICATE**

This Zero Data Retention Certificate ("**ZDR Certificate**") is issued by Anthropic, PBC to the entity identified below ("**Customer**"). It affirms the following data retention setting solely for Customer's use of the Listed Services (as defined below) under agreement between Anthropic and Customer for the use of such Listed Services (the "**Agreement**"). All capitalized terms used in this ZDR Certificate that are not defined here have the meanings provided in the Agreement.

**Listed Services:** Anthropic API

**Zero Data Retention Attestation:** Except where required by law or as necessary to combat malicious uses of the Listed Services, Anthropic will delete Prompts and Outputs following the generation of the relevant Output (**"Zero Retention Policy"**). Anthropic may run risk classifier models over Prompts and Outputs to detect possible violations of its <u>Acceptable Use Policy</u> or the Agreement.

Accepted and agreed:

| Customer: Legion LegalTech Corp. dba Legion | Anthropic |
|---|---|
| By: *Arthur Rothrock* ┌ DocuSigned by: ┐<br>Name: Arthur Rothrock<br>Date: 7/15/2024<br>Title: CEO | By: *Jamie Neuwirth* ┌ DocuSigned by: ┐<br>Name: Jamie Neuwirth<br>Date: 7/15/2024<br>Title: Sales Manager |
| Email: arthur@legion.law | Email: notices@anthropic.com |
| Corp Address:<br>   500 Race St. APT 5416 San Jose, CA 95126 | Corp Address:<br>   548 Market St.<br>   PMB 90375<br>   San Francisco, CA 94104 |