# EXHIBIT C

*OpenAI GPT-5.5 Availability in ChatGPT — Screen Capture (June 13, 2026)*

# EXHIBIT C

*Screen capture of the model selector in the ChatGPT application (chatgpt.com), showing GPT-5.5 ("Latest • 5.5")*
*available for selection. Captured June 13, 2026.*

