**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

LEGION LEGALTECH, CORP.,

        Plaintiff,

    v.

UNITED STATES OF AMERICA, *et al.*,

        Defendants.

Case No.  1:26-cv-2225

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR A PRELIMINARY INJUNCTION**

Before the Court is Plaintiff Legion LegalTech, Corp.'s ("Legion") Motion for a Preliminary Injunction. Upon consideration of the Motion, the supporting Memorandum of Points and Authorities, the Declaration of Arthur E. Rothrock and the exhibits attached thereto, Plaintiff's Request for Judicial Notice, any opposition and reply, the arguments of counsel, and the entire record herein, and for good cause shown, the Court finds that Legion has demonstrated (1) a likelihood of success on the merits of its claims that the June 12, 2026 Directive exceeds Defendants' statutory authority and is otherwise unlawful; (2) that Legion is likely to suffer irreparable harm absent preliminary relief; (3) that the balance of the equities weighs in Legion's favor; and (4) that a preliminary injunction is in the public interest.

Accordingly, it is hereby ORDERED that:

1.  Plaintiff's Motion for a Preliminary Injunction is GRANTED.

2.     During the pendency of this action, Defendants the United States of America, the United States Department of Commerce, the Bureau of Industry and Security, the Secretary of Commerce, and the Under Secretary of Commerce for Industry and Security, together with their officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with them who receive actual notice of this Order, are ENJOINED from enforcing the June 12, 2026 export-control directive [against Legion, its employees, and its contractors].

3.       During the pendency of this action, Defendants shall take all steps necessary to permit Anthropic, PBC to restore Legion's access to the Fable 5 artificial-intelligence model.

4.       Pursuant to Federal Rule of Civil Procedure 65(c), the security requirement is set at a nominal bond of [ $1,000 / is waived], because Defendants will suffer no cognizable monetary harm from the relief ordered.

5.       This Order shall take effect immediately upon entry and shall remain in effect until further order of the Court.

SO ORDERED.

Dated: _____, 2026

_____
United States District Judge

2