# EXHIBIT 5

*OpenAI GPT-5.5 Public Documentation*

# EXHIBIT 5

*OpenAI public documentation reflecting that GPT-5.5 is a current, available model. Source: OpenAI Developers, Models — GPT-5.5, developers.openai.com/api/docs/models/gpt-5.5 (captured June 13, 2026).*

