**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEGION LEGALTECH, CORP., <br><br>     Plaintiff, <br><br>   v. <br><br> UNITED STATES OF AMERICA; *et. al*., <br><br>     Defendants. | CASE NO.: 1:26-cv-02225 |

## <u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

Pursuant to Rule 41(a)(1)(A)(i) of the Rules of the Federal Rules of Civil Procedure, Plaintiff Legion LegalTech, Corp., by and through undersigned counsel, hereby gives notice of the voluntary dismissal of this action, without prejudice.

On June 30, 2026, the United States Department of Commerce rescinded its June 12, 2026 directive placing export controls on Anthropic's Fable 5 and Mythos 5 models. A license is no longer required for the export, reexport, or in-country transfer of those models, and Anthropic has restored access to these models on its platforms. In light of these developments, the relief sought in this action is no longer necessary, and Plaintiff voluntarily dismisses this case without prejudice.

No answer or motion for summary judgment has been filed by Defendant.

Dated: July 3, 2026

Respectfully submitted,

By: */s/ Diana Lyn Curtis Shutzer*
Diana Lyn Curtis Shutzer (DC Bar No. 1670689)
Gregory L. Ewing (DC Bar No. 484684)
Nicholas T. Solosky (DC Bar No. 1012916) (*pro hac forthcoming*)
**SPENCER FANE LLP**
1233 Twentieth St NW, Suite 600
Washington, DC 20036
dshutzer@spencerfane.com

gewing@spencerfane.com
nsolosky@spencerfane.com
Tel: (202) 293-0444

*Attorneys for Plaintiff*

2